Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Plaintiff
The Guardian Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATOUR BARTHOLOMEW, an individual; COTIS CHARLES CHILDS, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00227-JAM-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT IN INTERPLEADER; ORDER**<br><br>**Complaint served: 02/08/2017**<br>**Current Response Date: 04/10/2017**<br>**New Response Date: 07/21/2017** |

Plaintiff The Guardian Life Insurance Company of America ("Guardian") and Defendants Latour Bartholomew ("Bartholomew") and Cotis Charles Childs ("Childs") (collectively "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

1. Both Defendant Bartholomew and Defendant Childs have agreed to accept service by waiver of service of summons. The service date for both defendants is February 8, 2017, with responsive pleading due on April 10, 2017. However, Defendants have agreed to a settlement and are seeking approval through their pending probate court action. Plaintiff Guardian has agreed to stipulate to

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-1709-1658 v1 - 1 - STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT IN INTERPLEADER

the extension of Defendants' responsive pleading to the new requested deadline of July 21, 2017.

2. Guardian and Defendants hereby stipulate and agree, subject to the Court's approval, that each Defendant shall have an extension up to and including July 21, 2017, within which to file responsive pleadings to the Complaint in Interpleader.

IT IS SO STIPULATED.

Dated: June ___, 2017          Burke, Williams & Sorensen, LLP
                               Michael B. Bernacchi
                               Keiko J. Kojima


                               By: */s/ Keiko J. Kojima*
                                   Keiko J. Kojima
                                   Attorneys for Plaintiff
                                   The Guardian Life Insurance Company of America

Dated: June ___, 2017          Law Offices of G. Cat Stokes


                               By:
                                   G. Cat Stokes
                                   Attorneys for Defendant
                                   Latour Bartholomew

Dated: June ___, 2017          Law Offices of Linda Dankman


                               By:
                                   Linda Dankman
                                   Attorneys for Defendant
                                   Cotis Charles Childs

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-1709-1658 v1 - 2 - STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT IN INTERPLEADER

## **ORDER**

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendants LaTour Bartholomew and Cotis Charles Childs shall have an extension of time to file their respective responsive pleadings to the Complaint in Interpleader by no later than July 21, 2017.

IT IS SO ORDERED.

Dated: 6/23/2017 /s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge