BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATOUR BARTHOLOMEW, an individual; COTIS CHARLES CHILDS, an individual; NORTH SACRAMENTO FUNERAL HOME, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00227-JAM-KJN<br><br>**ORDER FOR DISCHARGE, DISMISSAL, AND DISBURSEMENT OF INTERPLEADED PROCEEDS** |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Guardian Life Insurance Company of America ("Guardian") is hereby and shall be discharged from any liability to Defendants to the full extent permitted by law with respect to group policy of insurance, no. G- 00471981-TC (the "Policy") issued by Guardian to Trustees of the Food and Kindred Products Industry Insurance Trust Fund, under which under which Blue Diamond Growers ("Blue Diamond") and/or coverage for basic life and accidental death insurance

benefits under the Policy or Blue Diamond's employee welfare benefit plan ("the Plan").

2. Defendants shall be restrained from taking, or proceeding with or commencing any action against Guardian or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Policy and/or the Plan, and/or with respect to benefits due under the Policy and/or the Plan.

3. Based on the parties' stipulation, the entirety of the proceeds deposited with the Court, together with accumulated interest, shall be distributed to Defendant Cotis Charles Childs in a check made payable to "Cotis C. Childs and Law Offices of Linda Dankman" and mailed to:

Linda Dankman
Law Offices of Linda Dankman
2601 24th Street
Sacramento, CA 95818

4. This action shall be dismissed in its entirety with prejudice as to all parties.

IT IS SO ORDERED.

Dated: 8/4/2017

William B. Shubb for
Honorable John A. Mendez
United States District Court Judge